# United States District Court
## Violation Notice

| CVB Location Code | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| P 0610649 | Carly Lober | 90036 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 8-6-07  0032 | 36 CFR 2.35(c) |

Place of Offense: Camp 4 C.ground site #5

Offense Description: UIA

**DEFENDANT INFORMATION**  Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| MARTINEZ | ANGEL | Tony |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| San Jose | CA | 95122 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| D2394026 | CA | |

| ☐ Adult ☐ Juvenile | Sex ☐ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | BLK | BRN | 6'2 | 265 |

**VEHICLE DESCRIPTION** VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

CS# 07-3072

$ Arrest  Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT →  $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)   NPS 10-50 (Rev. 7-05)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8-6-07, 20__, while exercising my duties as law enforcement officer in the Eastern District of California.

On 8-5-07 at approx. 0015hrs, at Camp 4 CG. parking lot, Yosemite National Park, I contacted a female MONICA TRONCOSO, sitting in the passenger seat with the door open of a tan Chevy Tahoe, CA plate # 4YRC643. TRONCOSO said to me, "I want to sleep in the car, my boyfriend is very drunk, and passed out on top of the tent, and I cannot get into the tent".
I went with TRONCOSO to camp site #5, and she showed me her red tent that was partly fallen down, and she said, "See it is all broken". At that time a large Hispanic male walked into the camp site. I saw that the male was unsteady on his feet, and his eyes were very red, his speech slurred, and he had a very strong scent of an alcoholic beverage on his breath, and was speaking in a loud voice. TRONCOSO said, "that is my boyfriend".
I identified the male as ANGEL MARTINEZ. MARTINEZ said, "I had a lot to drink, and I was walking around trying to keep the bear away from my wife". He said, "I'm a police officer in San Francisco, and my duty bag, and credentials are in the car". TRONCOSO told MARTINEZ multiple times that she did not want to sleep in the tent. MARTINEZ continued to argue with TRONCOSO telling her not to sleep in the car. I told MARTINEZ multiple times to get into his tent and go to sleep, he would not comply. MARTINEZ continued to talk very loud, disturbing the peace, and would not get in his tent.
MARTINEZ was very intoxicated, TRONCOSO did not want to stay in the tent with him, he had been walking around the campground intoxicated, and with multiple commands he would not get in his tent. I arrested MARTINEZ for UIA- Endangerment to one's self and others. In LEO, MARTINEZ told Rangers Foster and Lewis, "I had 7 beers, 2-3 mixed drinks, and I vomited on my car". At 0218 his BAC was .172 EPAZ.

The foregoing statement is based upon:

☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8-6-07
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant. Carly Lober

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge